No. 91–5293. FLANAGAN v. NEVADA. Sup. Ct. Nev. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Dawson* v. *Delaware, ante,* p. 159.

No. 91–5787. PROWS v. UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McCarthy* v. *Madigan, ante,* p. 140.

No. 91–6700. KOCHEKIAN v. UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Williams* v. *United States, ante,* p. 193.

No. 91–7135. JEFFERIES v. SOUTH CAROLINA. Ct. App. S. C. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Yates* v. *Evatt,* 500 U. S. 391 (1991).

No. — – —. TRAVERS ET AL. v. BULLIS SCHOOL, INC. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. A–681. UNION MORTGAGE CO., INC. v. BARLOW ET AL. Sup. Ct. Ala. Application for stay of mandate, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.

No. D–1066. IN RE DISBARMENT OF KROS. James John Kros, of Aurora, Ill., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on January 13, 1992 [502 U. S. 1026], is hereby discharged.

No. D–1068. IN RE DISBARMENT OF WHITE. Disbarment entered. [For earlier order herein, see 502 U. S. 1026.]

No. D–1069. IN RE DISBARMENT OF BAKER. Disbarment entered. [For earlier order herein, see 502 U. S. 1026.]